# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
Plaintiff )
)
VS )
)
Maria Luisa URENA )
& )
Edelmira BARAJAS )
)
Defendants )

Case No. 08 MJ 2623

COMPLAINT FOR VIOLATION OF

21 U.S.C. Sections 952 & 960
Importation of a Controlled Substance,

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 25, 2008, within the Southern District of California, Maria Luisa URENA and Edelmira BARAJAS did knowingly and intentionally import approximately 11.00 kilograms of Methamphetamine and 15.60 kilograms of Cocaine, Schedule II Controlled Substances into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Nicole Caughey, Special Agent
U.S. Immigration and
Customs Enforcement

Sworn to before me and subscribed in my presence, this 26th day of August 2008.

_____
United States Magistrate Judge

8/25/08

## PROBABLE CAUSE STATEMENT

I, Special Agent Nicole Caughey declare under penalty of perjury, the following is true and correct.

On August 25, 2008, at approximately 1433 hours, Maria Luisa URENA (driver) and Edelmira BARAJAS (passenger) entered the United States, from Mexico, at the San Ysidro, CA Port of Entry in a black 2006 Chevrolet Malibu bearing California license plate number 5YDV704. URENA and BARAJAS were awaiting entry into the United States through primary inspection lane 24.

Customs and Border Protection Officer (CBPO) Canine Enforcement Officer (CEO) Ed Moore was performing pre-primary roving operations with his Narcotic/Human Detector Dog "Rojo" and observed "Rojo" alert to the rear of the black Chevrolet Malibu. CEO Moore radioed for assistance from CBP Officers and CBPO Juan Castaneda responded. CBPO Castaneda asked URENA for a Customs declaration and she stated she was only bringing back household items. URENA stated that she had visited a doctor in Mexico and had been there for four hours. URENA stated that the vehicle belonged to her mother who was the passenger.

BARAJAS stated that she had owned the vehicle for approximately one year. URENA stated she was not bringing anything else from Mexico. URENA and BARAJAS were handcuffed for officer safety and escorted on foot to the secondary office. The vehicle was driven to the secondary lot for further inspection.

2

The secondary inspection of the vehicle was turned over to CBPO Delorean Dhillon. A seven-point inspection by CBPO Dhillon resulted in the discovery of thirty-one duct tape wrapped packages containing a white powder, which field-tested positive for the presence of Methamphetamine and Cocaine. The packages were located within an unnatural compartment in a non-factory tire well compartment in the trunk of the vehicle. The total weight of eighteen packages of Methamphetamine was approximately 11.00 kilograms. The total weight of thirteen packages of Cocaine was approximately 15.60 kilograms.

Maria Luisa URENA and Edelmira BARAJAS were arrested and transported to the Metropolitan Correctional Center, San Diego, CA, for Federal custody and judicial proceedings.

<u>Executed on August 26, 2008 at 0830 hours.</u>

<u>Nicole Caughey</u>   /s/ Nicole M. Caughey
<u>Special Agent</u>
<u>U.S. Immigration and Customs Enforcement (ICE)</u>

/s/ McInerney