```
                                            FILED
                                        08 SEP -3 PM 2:37
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury    '08 CR 2975 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine and Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine and Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| MARIA LUISA URENA (1), ) EDELMIRA BARAJAS (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about August 25, 2008, within the Southern District of California, defendants MARIA LUISA URENA and EDELMIRA BARAJAS did knowingly and intentionally import 5 kilograms and more, to wit: approximately 15.60 kilograms (34.32 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

GVM:nlv:San Diego
8/28/08

### Count 2

On or about August 25, 2008, within the Southern District of California, defendants MARIA LUISA URENA and EDELMIRA BARAJAS did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 15.60 kilograms (34.32 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 3

On or about August 25, 2008, within the Southern District of California, defendant MARIA LUISA URENA and EDELMIRA BARAJAS did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11 kilograms (24.20 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//
//
//
//
//
//

Count 4

On or about August 25, 2008, within the Southern District of California, defendants MARIA LUISA URENA and EDELMIRA BARAJAS did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11 kilograms (24.20 pounds), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: September 3, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
GEORGE V. MANAHAN
Assistant U.S. Attorney