# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08mj2623
  )
vs )  ABSTRACT OF ORDER
  )
Edelmira Barajas )  Booking No. _____
  )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 9/5/08
the Court entered the following order:

**X** ____ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

**X** ____ Defendant released on $ 75,000 P/S bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. _____

UNITED STATES MAGISTRATE JUDGE
  OR
W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Received _____
  DUSM

Crim-9  (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

ROI-ANN BRESSI

CLERKS' COPY